IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.: 4:23-cv-02616-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| $3,000,000.00 in United States Currency, Seized From TD Bank Account No.:xxx3771, | ) ) ) | |
| | ) | |
| Defendant *In Rem*. | ) | |

## GOVERNMENT'S MOTION TO DISMISS FORFEITURE COMPLAINT

The United States moves for an order dismissing its previously filed complaint for forfeiture in rem in this case. The claimant, Evergreen Restaurant Group LLC, has sufficiently proven to the government that the $3,000,000.00 in United States Currency was stolen from their bank account and the monies should rightfully be returned to them. No other party has entered an appearance and/or filed a claim in this action and the time to file such a claim has expired. The Government and Evergreen Restaurant Group LLC have executed a stipulation returning the entirely of the $3,000,000 to Evergreen Restaurant Group LLC.

The Government, therefore, moves for dismissal of its complaint without prejudice.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: s/Carrie Fisher Sherard
Carrie Fisher Sherard #10134
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
(864) 282-2100

August 22, 2023